SUPERIOR COURT OF ~~FILED~~ ~~CIVIL ACTIONS BRANCH~~
THE DISTRICT OF COLUMBIA

**FILED**
CIVIL ACTIONS BRANCH
APR 20 2016
Superior Court of the
District of Columbia
Washington, D.C.

RECEIVED
SUPERIOR COURT OF THE
DISTRICT OF COLUMBIA
2016 APR 20 PM 5: 05

WILLIAM JARTA HALL

Plaintiff,

v.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA, et al.

Defendants.

Civil Action No: 2016 CA 2296 B

---

## CERTIFICATE OF SERVICE

I am not a party to this action. I am over 18 years of age.

On April 1, 2016 about 1:00 pm, I served the documents listed below on defendant District of Columbia, Karl Racine, Attorney General, by leaving copies with his designee, Darlene Fields:

Designee;

a copy of the summons, complaint and initial order;

a copy of this Court's Initial Order and Addendum.

I, William Claiborne, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the foregoing is true and correct.

Executed on April 18, 2016, in Washington, DC.

/s/ William Claiborne
WILLIAM CLAIBORNE



SUPERIOR COURT OF
THE DISTRICT OF COLUMBIA

FILED RECEIVED OF THE
SUPERIOR COURT OF COLUMBIA
APR 2 0 2016 APR 20 PM 5:05

Superior Court of the
District of Columbia
Washington, D.C.

WILLIAM JARTA HALL

Plaintiff,

v,

GOVERNMENT OF THE DISTRICT OF
COLUMBIA, et al.

Defendants.

Civil Action No: 2016 CA 2296 B

### CERTIFICATE OF SERVICE

I am not a party to this action. I am over 18 years of age.

On April 1, 2016 about 1:00 pm, I served the documents listed below on defendant

District of Columbia, by leaving copies with Mayor Bowser, though her designee, Ms. Darlene

Fields;

a copy of the summons, complaint and initial order;

a copy of this Court's Initial Order and Addendum.

I, William Claiborne, pursuant to 28 U.S.C. §1746, state under penalty of perjury that the

foregoing is true and correct.

Executed on April 18, 2016, in Washington, DC.

/s/ William Claiborne

WILLIAM CLAIBORNE

# Superior Court of the District of Columbia
## CIVIL DIVISION
### 500 Indiana Ave., N.W., Rm—JM-170
### Washington, D.C.   20001

WILLIAM JARTA HALL

Plaintiff

**FILED**
**CIVIL ACTIONS BRANCH**
APR 19 2016
Superior Court
of the District of Columbia
Washington, DC

vs.

Civil Action No.   2016 CA 002296 B

FREDRICK ONOJA   *Defendant*

## ANSWER OF DEFENDANT

DISTRICT OF COLUMBIA, ss:

The defendant, for answer to the claim of the plaintiff herein, says that he said plaintiff is not entitled to have judgment as demanded in the complaint for the following reasons:

_FALSE ALLEGATIONS_

Case: 2016 CA 002296 B

And, therefore, said defendant respectfully demands that this suit be heard in open court.

| DEFENDANT: | ADDRESS: | TELEPHONE NO. |
|---|---|---|
| FREDRICK ONOJA | 1805 BLADENSBURG RD. NE | 202-698-0150 |

COPY MAILED TO: (ATTORNEY FOR PLAINTIFF)
WILLIAM CLAIBORNE
2020 PENSYLVANIA AVE. NW STE 395

Form CV(6)-451 / Dec. 91

2-0881 wd-155

Filed
D.C. Superior Court
03/28/2016 15:38PM
Clerk of the Court

## SUPERIOR COURT OF
## THE DISTRICT OF COLUMBIA

WILLIAM JARTA HALL
606 17th Street, NE
Washington, DC 20002

Plaintiff,

v.

GOVERNMENT OF THE DISTRICT OF
COLUMBIA

SERVE: Mayor Vincent Grey
Designee:  Darlene Fields
441 4th street NW
Suite 600 South
Washington, D.C. 20001
202-724-6507


SERVE: Karl Racine, Attorney General
Designee: Darlene Fields or Tonia Robinson
or Gale Rivers
Attorney General for the District of Columbia
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
202-724-6295

and

FREDERICK ONOJA
1805 Bladensburg Road, NE
Washington, DC 20002

Defendants.

Civil Action No:   2016 CA 002296 B

## COMPLAINT

## COMPLAINT FOR MONEY DAMAGES WITH JURY DEMAND

1.     This is an action for a judgment for money damages for assault and false arrest under the common law and unreasonable arrest and excessive force under Section 1983 brought by plaintiff William Jarta Hall against defendants the Government of the District of Columbia (hereinafter the "District of Columbia" or the "District") and Frederick Onoja, an officer of the District of Columbia Metropolitan Police Department ("MPD").

## PARTIES

2.     Plaintiff Mr. Hall is a longtime resident of the District of Columbia.

3.     Defendant government of the District of Columbia is a municipal corporation capable of being sued under D.C. Code § 1-102.

4.     Defendant Frederick Onoja is an employee of the District of Columbia MPD.

5.     At all times defendant Frederick Onoja was acting within the scope of his employment and defendant Frederick Onoja was acting pursuant to a policy of the District of Columbia.

6.     For purposes of § 1983 this complaint names defendant Frederick Onoja in his individual capacity.

## FACTUAL ALLEGATIONS

## INTRODUCTION

7.     On about October 27, 2016 at about 5:30 pm in front of Roses Liquor, a neighborhood convenience store, on Bladensburg Road, N.E. in Washington, DC., Defendant Onoja savagely and without provocation beat Mr. Hall and injured him physically, mentally, and emotionally.

8.      There was no provocation for the beating and there was no need for force at all.

9.      Mr. Hall did not resist.

10.     Then, to cover up the savage beating, defendant Onoja falsely arrested Mr. Hall on trumped up charges.

11.     There was no probable cause to support the arrest for any offense.

### Defendant Onoja **is an open and notorious violator of civil rights.**

12.     Defendant Onoja is an open and notorious violator of civil rights of the people in the District of Columbia.

13.     On numerous occasions defendant Onoja has arrested and pressed trumped up charges against young black men without probable cause.

14.     On numerous occasions defendant Onoja has harassed and even arrested young black men without probable cause for alleged violations of the District's incommoding statute. D.C. Code § 22-1307(a).

15.     The incommoding statute purports to criminalize conduct when it results in "crowding, obstructing, or incommoding" the sidewalk or entrances to public or private buildings, and the person refuses to move on when so ordered. D.C. Code § 22-1307(a).

16.     Defendant Onoja uses the statute to clear the sidewalks in his patrol area of young black men who have done nothing wrong.

17.     The District paid money to settle a case where on May 9, 2014 based on the incommoding statute Defendant Onoja ordered a group of young black men standing on what Defendant Onoja knew was private property to leave the area and arrested one of them for returning to the area even though neither the order nor the arrest was based on probable cause.

18.     In another case involving a young black man and the incommoding statute, on August 8, 2015 Defendant Onoja arrested the young man for refusing to leave the area in front of a store (two blocks from the store in this incident) and claimed in the police report that the young man was blocking the sidewalk even though video from the store's cameras showed the young man was doing nothing more than walking up and down the street. This incident was made known to the Office of Attorney General

19.     Defendant Onoja's superiors know that he has trouble relating to young black men and that he harasses and falsely arrests them and they knew that his anger was likely to lead to physical violence against young black men.

20.     Defendant Onoja has been the subject of numerous complaints and the MPD is aware of that.

21.     This arrest and beating grew out of Defendant Onoja's unconstitutional attempts to make Mr. Hall leave an area where Defendant Onoja did not want him to be.

### The MPD has not meaningfully disciplined Defendant Onoja.

22.     The MPD has not disciplined Defendant Onoja by placing him into non-contact status.

23.     Nor has the District meaningfully disciplined Defendant Onoja in any other way.

### The District has ratified Defendant Onoja's conduct in this incident and in the incidents described above by not disciplining him.

24.    The District has ratified Defendant Onoja's conduct in this incident and in the incidents described above by not disciplining him.

25.    He is still in the field making arrests, operating without any decent restraint, totally beyond the pale of any acceptable police behavior.

26.    Just last month he made a stop of a Black man on a pretextual stop for POCA (position of an open container of alcohol) and parlayed that pretextual stop into an arrest for possession of a tiny amount of a controlled substance and possession of paraphernalia (a straw).

### Claim 1 – Common law assault claim against individual officer defendant Onoja

27.    Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

28.    Defendant Onoja savagely beat Mr. Hall and injured him physically, mentally, and emotionally.

29.    The assault of Mr. Hall was against his will and was not lawful or justified.

30.    As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Claim 2 – Common law assault claim against District of Columbia

31.    Mr. Hall incorporates herein the preceding paragraphs.

32.    The District is liable in **respondeat superior** for the conduct of defendant Onoja in assaulting Mr. Hall against his will and without justification.

33.    At all relevant times its agents, its officers named above, were acting within the scope of their employment pursuant to an official policy or practice of the Mayor and the City Council.

34.    As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

**Count 3 – 42 U.S.C. § 1983; Fourth Amendment claim against defendant Onoja for unreasonable force**

35.    Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

36.    Defendant Onoja assaulted Mr. Hall and used force against him when no force was justified in violation of his Constitutional rights under the Fourth Amendment.

37.    The use of force against Mr. Hall was against his will and was not lawful or justified.

38.    Defendant Onoja was not justified in continuing to beat Mr. Hall because he did not resist.

39.    In beating Mr. Hall, Defendant Onoja acted intentionally or maliciously, unjustifiably, and unreasonably in violation of Mr. Hall's well-established right under the Fourth Amendment to the United States Constitution to be free from excessive force.

40.    As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

**Claim 4 – Common law false arrest against individual officer defendant Onoja**

41.    Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

42.    Defendant Onoja arrested Mr. Hall.

43.    The arrest of Mr. Hall was against his will and was not lawful or justified and was not supported by probable cause.

44.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Claim 5 – Common law false arrest against District of Columbia

45.     Mr. Hall incorporates herein the preceding paragraphs.

46.     The District is liable in **respondeat superior** for the conduct of defendant Onoja in falsely arresting Mr. Hall against his will and without justification.

47.     At all relevant times its agents, its officers named above, were acting within the scope of their employment pursuant to an official policy or practice of the Mayor and the City Council.

48.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Count 6 – 42 U.S.C. § 1983; Fourth Amendment claim against defendant Onoja for false arrest

49.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

50.     Defendant Onoja arrested Mr. Hall without probable cause in violation of his Constitutional rights under the Fourth Amendment.

51.     The arrest of Mr. Hall was against his will and was not lawful or justified.

52.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Count 7 – 42 U.S.C. § 1983; Municipal liability claim against defendant District of Columbia

53.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

54.     The District has a custom or practice of failing to discipline defendant Onoja which can be inferred from evidence of repeated constitutional violations for which defendant Onoja was not discharged or reprimanded

55.     Moreover, by keeping defendant Onoja in the field with knowledge of his unconstitutional conduct the District has ratified his conduct.

56.     The District's custom and ratification was the moving force behind Mr. Hall's suffering loss of liberty and physical injuries and emotional distress.

## RELIEF DEMANDED

Mr. Hall respectfully requests that this Court grant him the following relief:

**A.**     Enter a judgment in favor of plaintiff in the amount of $500,000.

**B.**     Enter a judgment awarding plaintiffs attorneys' fees and costs incurred in bringing this action under 42 U.S.C. § 1988; and

**C.**     Grant such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Mr. Hall

2020 Pennsylvania Ave, NW
#395
Washington, DC  20006

| Phone 202/824-0700 Email claibornelaw@gmail.com | |

## JURY DEMAND

Plaintiffs demand a jury of six as to all claims so triable.


/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579
Counsel for Plaintiff

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

WILLIAMJARTA HALL

Case Number: **2016 CA 002296 B**

vs.

DISTRICT OF COLUMBIA, ET AL

Date: 3/28/2016

☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* william claiborne | Relationship to Lawsuit |
|---|---|
| Firm Name: ClaiborneLaw | ☒ Attorney for Plaintiff |
| Telephone No.: 202-824-0700    Six digit Unified Bar No.: 446579 | ☐ Self (Pro Se)  ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ $500,000    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____    Judge: _____    Calendar #: _____

Case No.: _____    Judge: _____    Calendar#: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**                    COLLECTION CASES

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 14 Under $25,000 Pltf. Grants Consent | ☐ 16 Under $25,000 Consent Denied |
| ☐ 02 Breach of Warranty | ☐ 17 OVER $25,000 Pltf. Grants Consent | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent | ☐ 26 Insurance/Subrogation Over $25,000 Consent Denied |
| ☐ 07 Personal Property | | |
| ☐ 13 Employment Discrimination | ☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent | ☐ 34 Insurance/Subrogation Under $25,000 Consent Denied |
| ☐ 15 Special Education Fees | ☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only) | |

**B. PROPERTY TORTS**

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

**C. PERSONAL TORTS**

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 10 Invasion of Privacy | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 11 Libel and Slander | ☐ 18 Wrongful Death (Not Malpractice) |
| ☒ 03 Assault and Battery | ☐ 12 Malicious Interference | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 13 Malicious Prosecution | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 14 Malpractice Legal | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 22 Toxic/Mass Torts |
| ☐ 07 False Arrest | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 23 Tobacco |
| ☐ 08 Fraud | | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐    IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants
  - (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment

- ☐ 17 Merit Personnel Act (OEA)
  - (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability

- ☐ 24 Application to Confirm, Modify,
  - Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

**II.**

- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage
  - Certificate
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as
  - Judgment [ D.C. Code §
  - 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code §
  - 42-3301, et seq.)

- ☐ 21 Petition for Subpoena
  - [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1)
  - (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D.  REAL PROPERTY**

- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)

- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

3/28/2016
_____
Date

CV-496/ June 2015



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

WILLIAM JARTA HALL
_____
                                        Plaintiff

vs.                                     Case Number   **2016 CA 002296 B**

GOVERNMENT OF THE DISTRICT OF COLUMBIA
_____
                                        Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

william claiborne
_____     _Clerk of the Court_
Name of Plaintiff's Attorney

2020 Pensylvania Ave., NW, Ste 395             By _____
Address                                              Deputy Clerk
washington, DC 20006

202-824-0700                                   Date _____03/29/2016_____
Telephone
如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                              Demandante

        contra

_____                    Número de Caso: _____
                              Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                        *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____
Dirección                                 Subsecretario

_____
                              Fecha _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오       የአማርኛ ትርጉም አማካሪ (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                                CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

WILLIAM JARTA HALL
_____
                            Plaintiff

vs.                                        Case Number  __2016 CA 002296 B__

FREDERICK ONOJA
_____
                            Defendant

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

william claiborne
_____          _Clerk of the Court_
Name of Plaintiff's Attorney

2020 Pensyvania Ave., NW, Ste 395          By _____
_____                    Deputy Clerk
Address
washington, DC 20006

202-824-0700                                Date ____03/29/2016____
_____
Telephone
如需翻译，请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction   Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                              CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                              Demandante

        contra

                                    Número de Caso: _____

_____
                              Demandado

### CITATORIO

Al susodicho Demandado:

        Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

        A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                              Por: _____
_____                    Subsecretario
Dirección

                              Fecha _____

_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የትርጉም ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

        IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.*

        Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                    Vea al dorso el original en inglés
                    See reverse side for English original

                                                        CASUM.doc



## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

WILLIAM JARTA HALL
   Vs.                                C.A. No.      2016 CA 002296 B
GOVERNMENT OF THE DISTRICT OF COLUMBIA et al
### INITIAL ORDER AND ADDENDUM

     Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

     (1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

     (2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

     (3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

     (4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

     (5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

     (6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                          Chief Judge Lee F. Satterfield

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  March 29, 2016
Initial Conference: 9:30 am, Friday, July 01, 2016
Location:  Courtroom 202
          500 Indiana Avenue N.W.

                                                      Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

WILLIAM JARTA HALL
Vs.                                                     C.A. No.      2016 CA 002296 B
GOVERNMENT OF THE DISTRICT OF COLUMBIA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

Chief Judge Lee F. Satterfield

Case Assigned to: Judge BRIAN F HOLEMAN
Date:  March 29, 2016
Initial Conference: 9:30 am, Friday, July 01, 2016
Location:  Courtroom 202
          500 Indiana Avenue N.W.

Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement.  The early mediation schedule shall be included in the Scheduling Order following the ISSC.  Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator.  Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/.  To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC.  Two separate Early Mediation Forms are available.  Both forms may be obtained at www.dccourts.gov/medmalmediation.  One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator.  Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W.  Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov.  *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles.  All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation.  D.C. Code § 16-2823(a).  If the parties cannot agree on a mediator, the Court will appoint one.  D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.  D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation.  D.C. Code § 16-2826.  Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office.  The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

Filed
D.C. Superior Court
03/28/2016 13:38PM
Clerk of the Court

## SUPERIOR COURT OF
## THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM JARTA HALL<br>606 17th Street, NE<br>Washington, DC 20002<br><br>Plaintiff,<br><br>    v.<br><br>GOVERNMENT OF THE DISTRICT OF<br>COLUMBIA<br><br>SERVE: Mayor Vincent Grey<br>Designee:  Darlene Fields<br>441 4th street NW<br>Suite 600 South<br>Washington, D.C. 20001<br>202-724-6507<br><br><br>SERVE: Karl Racine, Attorney General<br>Designee: Darlene Fields or Tonia Robinson<br>or Gale Rivers<br>Attorney General for the District of Columbia<br>441 4th Street, N.W., 6th Floor South<br>Washington, D.C. 20001<br>202-724-6295<br><br>and<br><br>FREDERICK ONOJA<br>1805 Bladensburg Road, NE<br>Washington, DC 20002<br><br>Defendants. | Civil Action No: |

## COMPLAINT

## COMPLAINT FOR MONEY DAMAGES WITH JURY DEMAND

1.      This is an action for a judgment for money damages for assault and false arrest under the

common law and unreasonable arrest and excessive force under Section 1983 brought by plaintiff

William Jarta Hall against defendants the Government of the District of Columbia (hereinafter the

"District of Columbia" or the "District") and Frederick Onoja, an officer of the District of Columbia

Metropolitan Police Department ("MPD").

## PARTIES

2.      Plaintiff Mr. Hall is a longtime resident of the District of Columbia.

3.      Defendant government of the District of Columbia is a municipal corporation capable of being

sued under D.C. Code § 1-102.

4.      Defendant Frederick Onoja is an employee of the District of Columbia MPD.

5.      At all times defendant Frederick Onoja was acting within the scope of his employment and

defendant Frederick Onoja was acting pursuant to a policy of the District of Columbia.

6.      For purposes of § 1983 this complaint names defendant Frederick Onoja in his individual

capacity.

## FACTUAL ALLEGATIONS

## INTRODUCTION

7.      On about October 27, 2016 at about 5:30 pm in front of Roses Liquor, a neighborhood

convenience store, on Bladensburg Road, N.E. in Washington, DC., Defendant Onoja savagely and

without provocation beat Mr. Hall and injured him physically, mentally, and emotionally.

8.      There was no provocation for the beating and there was no need for force at all.

9.      Mr. Hall did not resist.

10.     Then, to cover up the savage beating, defendant Onoja falsely arrested Mr. Hall on trumped up charges.

11.     There was no probable cause to support the arrest for any offense.

### Defendant Onoja **is an open and notorious violator of civil rights.**

12.     Defendant Onoja is an open and notorious violator of civil rights of the people in the District of Columbia.

13.      On numerous occasions defendant Onoja has arrested and pressed trumped up charges against young black men without probable cause.

14.      On numerous occasions defendant Onoja has harassed and even arrested young black men without probable cause for alleged violations of the District's incommoding statute. D.C. Code § 22-1307(a).

15.      The incommoding statute purports to criminalize conduct when it results in "crowding, obstructing, or incommoding" the sidewalk or entrances to public or private buildings, and the person refuses to move on when so ordered. D.C. Code § 22-1307(a).

16.      Defendant Onoja uses the statute to clear the sidewalks in his patrol area of young black men who have done nothing wrong.

17.     The District paid money to settle a case where on May 9, 2014 based on the incommoding statute Defendant Onoja ordered a group of young black men standing on what Defendant Onoja knew was private property to leave the area and arrested one of them for returning to the area even though neither the order nor the arrest was based on probable cause.

18.     In another case involving a young black man and the incommoding statute, on August 8, 2015 Defendant Onoja arrested the young man for refusing to leave the area in front of a store (two blocks from the store in this incident) and claimed in the police report that the young man was blocking the sidewalk even though video from the store's cameras showed the young man was doing nothing more than walking up and down the street. This incident was made known to the Office of Attorney General

19.     Defendant Onoja's superiors know that he has trouble relating to young black men and that he harasses and falsely arrests them and they knew that his anger was likely to lead to physical violence against young black men.

20.     Defendant Onoja has been the subject of numerous complaints and the MPD is aware of that.

21.     This arrest and beating grew out of Defendant Onoja's unconstitutional attempts to make Mr. Hall leave an area where Defendant Onoja did not want him to be.

### The MPD has not meaningfully disciplined Defendant Onoja.

22.     The MPD has not disciplined Defendant Onoja by placing him into non-contact status.

23.     Nor has the District meaningfully disciplined Defendant Onoja in any other way.

### The District has ratified Defendant Onoja's conduct in this incident and in the incidents described above by not disciplining him.

24.     The District has ratified Defendant Onoja's conduct in this incident and in the incidents described above by not disciplining him.

25.     He is still in the field making arrests, operating without any decent restraint, totally beyond the pale of any acceptable police behavior.

26.     Just last month he made a stop of a Black man on a pretextual stop for POCA (position of an open container of alcohol) and parlayed that pretextual stop into an arrest for possession of a tiny amount of a controlled substance and possession of paraphernalia (a straw).

### Claim 1 – Common law assault claim against individual officer defendant Onoja

27.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

28.     Defendant Onoja savagely beat Mr. Hall and injured him physically, mentally, and emotionally.

29.     The assault of Mr. Hall was against his will and was not lawful or justified.

30.     As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Claim 2 – Common law assault claim against District of Columbia

31.     Mr. Hall incorporates herein the preceding paragraphs.

32.     The District is liable in **respondeat superior** for the conduct of defendant Onoja in assaulting Mr. Hall against his will and without justification.

33.     At all relevant times its agents, its officers named above, were acting within the scope of their employment pursuant to an official policy or practice of the Mayor and the City Council.

34.     As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

**Count 3 – 42 U.S.C. § 1983; Fourth Amendment claim against defendant Onoja for unreasonable force**

35.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

36.     Defendant Onoja assaulted Mr. Hall and used force against him when no force was justified in violation of his Constitutional rights under the Fourth Amendment.

37.     The use of force against Mr. Hall was against his will and was not lawful or justified.

38.     Defendant Onoja was not justified in continuing to beat Mr. Hall because he did not resist.

39.     In beating Mr. Hall, Defendant Onoja acted intentionally or maliciously, unjustifiably, and unreasonably in violation of Mr. Hall's well-established right under the Fourth Amendment to the United States Constitution to be free from excessive force.

40.     As a direct and proximate result of this assault, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

**Claim 4 – Common law false arrest against individual officer defendant Onoja**

41.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

42.     Defendant Onoja arrested Mr. Hall.

43.     The arrest of Mr. Hall was against his will and was not lawful or justified and was not supported by probable cause.

44.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Claim 5 – Common law false arrest against District of Columbia

45.     Mr. Hall incorporates herein the preceding paragraphs.

46.     The District is liable in **respondeat superior** for the conduct of defendant Onoja in falsely arresting Mr. Hall against his will and without justification.

47.     At all relevant times its agents, its officers named above, were acting within the scope of their employment pursuant to an official policy or practice of the Mayor and the City Council.

48.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Count 6 – 42 U.S.C. § 1983; Fourth Amendment claim against defendant Onoja for false arrest

49.     Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

50.     Defendant Onoja arrested Mr. Hall without probable cause in violation of his Constitutional rights under the Fourth Amendment.

51.     The arrest of Mr. Hall was against his will and was not lawful or justified.

52.     As a direct and proximate result of this arrest, Mr. Hall suffered loss of liberty and physical injuries and emotional distress.

### Count 7 – 42 U.S.C. § 1983; Municipal liability claim against defendant District of Columbia

53.    Mr. Hall adopts by reference the preceding paragraphs as if fully set forth herein.

54.    The District has a custom or practice of failing to discipline defendant Onoja which can be inferred from evidence of repeated constitutional violations for which defendant Onoja was not discharged or reprimanded

55.    Moreover, by keeping defendant Onoja in the field with knowledge of his unconstitutional conduct the District has ratified his conduct.

56.    The District's custom and ratification was the moving force behind Mr. Hall's suffering loss of liberty and physical injuries and emotional distress.

## RELIEF DEMANDED

Mr. Hall respectfully requests that this Court grant him the following relief:

A.    Enter a judgment in favor of plaintiff in the amount of $500,000.

B.    Enter a judgment awarding plaintiffs attorneys' fees and costs incurred in bringing this action under 42 U.S.C. § 1988; and

C.    Grant such other relief as this Court deems just and proper.

Respectfully submitted,

/s/ William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579

Counsel for Mr. Hall

2020 Pennsylvania Ave, NW
#395
Washington, DC  20006

| Phone 202/824-0700 | |
| Email claibornelaw@gmail.com | |

## JURY DEMAND

Plaintiffs demand a jury of six as to all claims so triable.


/s/William Claiborne
WILLIAM CLAIBORNE
D.C. Bar # 446579
Counsel for Plaintiff

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

WILLIAM JARTA HALL      Case Number: _____

DISTRICT OF COLUMBIA, ET AL      Date: ........3/28/2016........

_____      ☐ One of the defendants is being sued in their official capacity.

| Name: *(Please Print)* william claiborne | Relationship to Lawsuit |
| --- | --- |
| Firm Name: ClaiborneLaw | ☒ Attorney for Plaintiff |
| Telephone No.: 202-824-0700   Six digit Unified Bar No.: 446579 | ☐ Self (Pro Se) ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $   $500,000      Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____   Judge: _____    Calendar #: _____

Case No.: _____   Judge: _____    Calendar#: _____

---

NATURE OF SUIT:    *(Check One Box Only)*

### A. CONTRACTS

COLLECTION CASES

☐ 01 Breach of Contract
☐ 02 Breach of Warranty
☐ 06 Negotiable Instrument
☐ 07 Personal Property
☐ 13 Employment Discrimination
☐ 15 Special Education Fees

☐ 14 Under $25,000 Pltf. Grants Consent
☐ 17 OVER $25,000 Pltf. Grants Consent
☐ 27 Insurance/Subrogation Over $25,000 Pltf. Grants Consent
☐ 07 Insurance/Subrogation Under $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration Award (Collection Cases Only)

☐ 16 Under $25,000 Consent Denied
☐ 18 OVER $25,000 Consent Denied
☐ 26 Insurance/Subrogation Over $25,000 Consent Denied
☐ 34 Insurance/Subrogation Under $25,000 Consent Denied

### B. PROPERTY TORTS

☐ 01 Automobile
☐ 02 Conversion
☐ 07 Shoplifting, D.C. Code § 27-102 (a)

☐ 03 Destruction of Private Property
☐ 04 Property Damage

☐ 05 Trespass

### C. PERSONAL TORTS

☐ 01 Abuse of Process
☐ 02 Alienation of Affection
☒ 03 Assault and Battery
☐ 04 Automobile- Personal Injury
☐ 05 Deceit (Misrepresentation)
☐ 06 False Accusation
☐ 07 False Arrest
☐ 08 Fraud

☐ 10 Invasion of Privacy
☐ 11 Libel and Slander
☐ 12 Malicious Interference
☐ 13 Malicious Prosecution
☐ 14 Malpractice Legal
☐ 15 Malpractice Medical (Including Wrongful Death)
☐ 16 Negligence- (Not Automobile, Not Malpractice)

☐ 17 Personal Injury- (Not Automobile, Not Malpractice)
☐ 18 Wrongful Death (Not Malpractice)
☐ 19 Wrongful Eviction
☐ 20 Friendly Suit
☐ 21 Asbestos
☐ 22 Toxic/Mass Torts
☐ 23 Tobacco
☐ 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐    IF USED

CV-496/June 2015

# Information Sheet, Continued

**C. OTHERS**

- [ ] 01 Accounting
- [ ] 02 Att. Before Judgment
- [ ] 05 Ejectment
- [ ] 09 Special Writ/Warrants
  (DC Code § 11-941)
- [ ] 10 Traffic Adjudication
- [ ] 11 Writ of Replevin
- [ ] 12 Enforce Mechanics Lien
- [ ] 16 Declaratory Judgment

- [ ] 17 Merit Personnel Act (OEA)
  (D.C. Code Title 1, Chapter 6)
- [ ] 18 Product Liability

- [ ] 24 Application to Confirm, Modify,
  Vacate Arbitration Award (DC Code § 16-4401)
- [ ] 29 Merit Personnel Act (OHR)
- [ ] 31 Housing Code Regulations
- [ ] 32 Qui Tam
- [ ] 33 Whistleblower

**II.**

- [ ] 03 Change of Name
- [ ] 06 Foreign Judgment/Domestic
- [ ] 08 Foreign Judgment/International
- [ ] 13 Correction of Birth Certificate
- [ ] 14 Correction of Marriage
  Certificate
- [ ] 26 Petition for Civil Asset Forfeiture (Vehicle)
- [ ] 27 Petition for Civil Asset Forfeiture (Currency)
- [ ] 28 Petition for Civil Asset Forfeiture (Other)

- [ ] 15 Libel of Information
- [ ] 19 Enter Administrative Order as
  Judgment [ D.C. Code §
  2-1802.03 (h) or 32-151 9 (a)]
- [ ] 20 Master Meter (D.C. Code §
  42-3301, et seq.)

- [ ] 21 Petition for Subpoena
  [Rule 28-I (b)]
- [ ] 22 Release Mechanics Lien
- [ ] 23 Rule 27(a)(1)
  (Perpetuate Testimony)
- [ ] 24 Petition for Structured Settlement
- [ ] 25 Petition for Liquidation

**D. REAL PROPERTY**

- [ ] 09 Real Property-Real Estate
- [ ] 12 Specific Performance
- [ ] 04 Condemnation (Eminent Domain)
- [ ] 10 Mortgage Foreclosure/Judicial Sale
- [ ] 11 Petition for Civil Asset Forfeiture (RP)

- [ ] 08 Quiet Title
- [ ] 25 Liens: Tax / Water Consent Granted
- [ ] 30 Liens: Tax / Water Consent Denied
- [ ] 31 Tax Lien Bid Off Certificate Consent Granted

_____
Attorney's Signature

3/28/2016
_____
Date

CV-496/ June 2015



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

WILLIAM JARTA HALL
_____
                                    Plaintiff

vs.                                                    Case Number _____

GOVERNMENT OF THE DISTRICT OF COLUMBIA
_____
                                    Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

william claiborne                                   _Clerk of the Court_
_____
Name of Plaintiff's Attorney

2020 Pensylvania Ave., NW, Ste 395       By _____
_____                        Deputy Clerk
Address
washington, DC 20006

202-824-0700                                        Date _____
_____
Telephone
如需翻譯，請打电话 (202) 879-4828       Veuillez appeler au (202) 879-4828 pour une traduction       Để có một bản dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요       የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                    CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

                contra

_____                    Número de Caso: _____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                                    *SECRETARIO DEL TRIBUNAL*
_____
Nombre del abogado del Demandante

                                        Por: _____
_____
Dirección                                              Subsecretario

                                        Fecha: _____
_____
Teléfono
如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오      ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

WILLIAM JARTA HALL
_____
Plaintiff

vs.                                                                     Case Number _____

FREDERICK ONOJA
_____
Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

william claiborne
_____
Name of Plaintiff's Attorney

2020 Pensaylvania Ave., NW, Ste 395
_____
Address
washington, DC 20006

202-824-0700
_____
Telephone

_Clerk of the Court_

By _____
Deputy Clerk

Date _____

如需翻譯, 請打電話 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시요        የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                     CASUM.doc





**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
DIVISIÓN CIVIL
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____

                                        Demandante

contra

                                        Número de Caso: _____

_____

                                        Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandada en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante

                                        Por: _____

Dirección                                      Subsecretario

                                        Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요    713 (202) 879-4828 ፖለተ ተፈፈ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO._

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-279-5100) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

Vea al dorso el original en inglés
See reverse side for English original

                                                    CASUM.doc