## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |
|---|---|
| **WILLIAM JARTA HALL,** | ) |
|  | ) |
| **Plaintiff,** | ) |
|  | ) |
| **v.** | )   **Case No: 16-cv-00807 (CKK)** |
|  | ) |
| **DISTRICT OF COLUMBIA,** *et al.*, | ) |
|  | ) |
| **Defendants.** | ) |

_____)

### JOINT PRAECIPE OF DISMISSAL

The parties, by and through counsel, hereby submit this Joint Praecipe of Dismissal,

pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to dismiss this case with prejudice as Plaintiff and the

District of Columbia have settled all claims against all defendants.  Each party to bear its own

costs.

Dated: July 17, 2018                           Respectfully Submitted,


/s/ William Claiborne_____/cjc/_____
WILLIAM CLAIBORNE, ESQ.
D.C. Bar No. 446579
717 D Street, NW, #300
Washington, DC 20004
202-824-0700
claibornelaw@gmail.com


/s/Joseph Scrofano_____/cjc/_____
JOSEPH SCROFANO, ESQ.
D.C. Bar No. 994083
Scrofano Law P.C.
 406 5th Street NW, Suite 100
Washington, DC 20001, USA
Phone  (202) 870-0889

*Counsel for Plaintiff*

1

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


*/s/ Patricia A. Oxendine_____ _____*
PATRICIA A. OXENDINE
D.C. Bar No. 428132
Acting Assistant Deputy Attorney General/Chief,
Civil Litigation Division, Section I


*/s/ Kerslyn D. Featherstone_____*
KERSLYN D. FEATHERSTONE
D.C. Bar No. 478758
Senior Assistant Attorney General
CHARLES J. COUGHLIN
D.C. Bar No. 1016993
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone: (202) 724-6600; (202) 724-6608;
(202) 727-6295
Fax: (202) 715-8924; (202) 730-1887
Email: kerslyn.featherstone@dc.gov;
charles.coughlin@dc.gov

*Counsel for Defendants*